# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EMMA L COLON ZAYAS

Bkrtcy. No. 10-06848-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 30, 2010 | Meeting Date Sep 02, 2010 | DC Track No. 3 |
| Days from petition date 34 | Meeting Time 8:00 AM | |
| 910 Days before Petition 2/1/2008 | ☐ Chapter 13 Plan Date Jul 30, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $12,450.00 | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Sep 22, 2010 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: Ck/MO No. Date Amount | | Total Paid In: $150.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: J. Prieto ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $2,999.00  Paid Pre-Petition: $225.00  Outstanding: $2,774.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.  Liquidation Value: TBD
- Commitment Period is ☐ 36 ☒ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:** ①  ②
- ☐ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☒ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Property inherited Barrio Saltos Colis in Orocovis, value must be provided. Mother lives, 5 heirs including debtor.

② Liquidation value will arise, plan will be insufficient

③ Submit tax return 2006-2009 (showed @ 341)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___

Date: Sep 02, 2010