IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | Case No.: 10-06848 ESL |
|---|---|
| EMMA L COLON ZAYAS | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 21st day of September of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

COLON ZAYAS, EMMA L
_____
Debtor(s)

Case No. 10-06848-13

Chapter 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 7/30/2010 ☐ AMENDED PLAN DATED: SEPT 21, 2010
☑ PRE ☐ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 14 = $ 2,100.00
$ 250.00 x 46 = $ 11,500.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 13,600.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 13,600.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
ADM SISTEMA DE RETIR    DORAL MORTGAGE
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,774.00

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

PLAN INCREASES WHEN DEBTOR PAY OFF RETIREMENT LOAN.

Signed: /s/ EMMA L COLON ZAYAS
Debtor

Joint Debtor

Attorney for Debtor Jose Prieto    Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      ADM SISTEMA DE RETIRO
0104-3                                    U.S. Post Office and Courthouse Building  P O BOX 42003
Case 10-06848-ESL13                       300 Recinto Sur Street, Room 109          SAN JUAN, PR  00940-2203
District of Puerto Rico                   San Juan, PR 00901-1964
Old San Juan
Tue Sep 21 12:17:49 AST 2010

AEELA                                     BANK OF AMERICA                           DORAL MORTGAGE
P O BOX  364508                           P O BOX 15019                             P O BOX 70308
SAN JUAN, PR 00936-4508                   WILMINGTON, DE  19886-5019                SAN JUAN, PR 00936-8308


FIRST BANK                                LVNV FUNDING                              MCM
PO BOX  9146                              LEANDING EDGE RECOVERY                    P O BOX 603
SAN JUAN, PR 00908-0146                   P O BOX 129                               OAK, PA 19456-0603
                                          LINDEN, MI 48451-0129


MIDLAND CREDIT                            PR ACQUISITIONS LLC                       RESURGENT CAPITAL SERV LP
8875 AERO DR                              250 MUNOZ RIVERA AVENUE SUITE 1200        GC SERVICES LIMITED PARTNERSHIP
SAN DIEGO, CA 92123-2251                  HATO REY PR 00918-1814                    P O BOX 47455
                                                                                    JACKSONVILLE, FL 32247-7455


RG PREMIER BANK                           RODRIGUEZ FERNANDEZ                       SAMS
P O BOX 2510                              P O BOX 71418                             P O BOX 530942
GUAYNABO, PR  00970-2510                  SAN JUAN, PR  00936-8518                  ATLANTA, GA  30353-0942


SEARS                                     EMMA L COLON ZAYAS                        JOSE M PRIETO CARBALLO
P O BOX 6189                              47 PALMA REAL                             JPC LAW OFFICE
SIOUX FALLS, SD 57117-6189                URB VALLE DE ARAMANA                      PO BOX 363565
                                          COROZAL, PR 00783-9782                    SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES                MONSITA LECAROZ ARRIBAS                   End of Label Matrix
PO BOX 9023884                            OFFICE OF THE US TRUSTEE (UST)            Mailable recipients    19
SAN JUAN, PR 00902-3884                   OCHOA BUILDING                            Bypassed recipients     0
                                          500 TANCA STREET  SUITE 301               Total                  19
                                          SAN JUAN, PR 00901-1938
```